**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Isadore Baptisto,<br><br>            Plaintiff,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>            Defendants. | No. CIV 05-1558-PHX-SRB (DKD)<br><br>**ORDER** |

Pending before the Court are Plaintiff's Motion for Default Judgment (Doc. #12) and Motion for Extension of Time to Respond to Defendants' Motion to Dismiss (Doc. #18). The complaint in this matter was filed May 25, 2005. On June 8, 2005, the Court issued a screening order directing service of Defendants. Defendant Schriro waived service of the complaint and summons on July 20, 2005; Defendant McWilliams was served with the summons on August 17, 2005. On September 14, 2005, this Court granted the Defendants' request for an extension of time to file a response to the complaint. Plaintiff's Motion for Default Judgment seeks judgment against Defendants because as Plaintiff states, "the Defendants claim of 'excludable neglect' is meritless." The Court has already addressed this issue in its Order dated September 14, 2005 (Doc. #10). Accordingly,

**IT IS THEREFORE ORDERED** denying Plaintiff's Motion for Default Judgment (Doc. #12).

Upon good cause shown,

1  **IT IS FURTHER ORDERED** granting Plaintiff's Motion for Extension of Time to
2  Respond to Defendants' Motion to Dismiss (Doc. #18).  Plaintiff's response to Defendants'
3  Motion to Dismiss is due no later than December 13, 2005.
4  DATED this 25th day of October, 2005.

_____
David K. Duncan
United States Magistrate Judge

- 2 -