**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Isadore Baptisto,<br><br>  Plaintiff,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>  Defendants. | No. CIV 05-1558-PHX-SRB (DKD)<br><br>**ORDER** |

The Complaint in this matter was filed May 25, 2005 (Doc. #1), and on October 6, 2005, Defendants filed a Motion to Dismiss (Doc. #16). On October 18, 2005, Plaintiff filed a motion requesting additional time to respond to the Motion to Dismiss. Plaintiff's request was granted on October 25, 2005, with the response due December 13, 2005 (Doc. #21). Pending before the Court is Plaintiff's Second Motion for Extension of Time (Doc. #23). Plaintiff is requesting an additional thirty (30) days to respond to Defendants' Motion to Dismiss. Upon good cause shown,

**IT IS HEREBY ORDERED** granting Plaintiff's Second Motion for Extension of Time (Doc. #23). Plaintiff's response to Defendants' Motion to Dismiss is due no later than January 12, 2006.

DATED this 8th day of December, 2005.

David K. Duncan
United States Magistrate Judge